

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2014

No. 04-12-00237-CR

Phillip Wayne **GRIFFIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 7th District Court, Smith County, Texas
Trial Court No. 007-1767-08
The Honorable Kerry L. Russell, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D Chapa, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court